## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**HASANBOY OLIMOV**,

          *Petitioner*,

    v.

**JAMAL JAMISON, Warden of Philadelphia Detention Facility, ET AL.**,

       *Respondents*.

**Case No. 2:26-cv-00532-JDW**

## ORDER

**AND NOW**, this 13th day of February, 2026, it is **ORDERED** that the Parties shall appear for a hearing and argument on Hasanboy Olimov's Petition For Writ Of Habeas Corpus And Complaint For Declaratory And Injunctive Relief (ECF No. 1) on February 18, 2026, at 10:00 a.m. in Courtroom 12B, United States District Court, 601 Market Street, Philadelphia, PA 19106.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.