IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **HASANBOY OLIMOV**,<br><br>    *Petitioner*,<br><br>v.<br><br>**JAMAL JAMISON, Warden of Philadelphia Detention Facility, ET AL.**,<br><br>    *Respondents.* | Case No. 2:26-cv-00532-JDW |

### ORDER

**AND NOW**, this 17th day of February, 2026, upon consideration of Petitioner's counsel's request for a continuance of the hearing, currently scheduled for February 18, 2026, at 10:00 a.m. and a request for the hearing to be held via video, it is **ORDERED** that the hearing and argument on Hasanboy Olimov's Petition For Writ Of Habeas Corpus And Complaint For Declaratory And Injunctive Relief (ECF No. 1) is **RESCHEDULED** to February 23, 2026, at 10:00 a.m. via Zoom.  My Chambers will circulate a Zoom link in advance of the hearing.

                                                                  **BY THE COURT:**

                                                                   */s/ Joshua D. Wolson*
                                                                   JOSHUA D. WOLSON, J.