**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **HASANBOY OLIMOV**, <br><br> *Petitioner*, <br><br> v. <br><br> **JAMAL JAMISON, Warden of Philadelphia Detention Facility, ET AL.**, <br><br> *Respondents.* | **Case No. 2:26-cv-00532-JDW** |

**ORDER**

**AND NOW**, this 3rd day of March, 2026, upon consideration of Hasanboy Olimov's Petition For Writ Of Habeas Corpus And Complaint For Declaratory And Injunctive Relief (ECF No. 1), and for the reasons set forth in the accompanying Memorandum, it is **ORDERED** that the Petition is **GRANTED** as follows:

1.      Mr. Olimov is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2)(A);

2.      The Government shall **RELEASE** Mr. Olimov from custody immediately and certify compliance with my Memorandum and Order by filing on the docket no later than 5:00 p.m. ET on March 4, 2026;

3.      The Government is temporarily enjoined from re-detaining Mr. Olimov for seven days following his release from custody;

4. If the Government chooses to pursue re-detention of Mr. Olimov after that seven-day period, then it must first provide him with a bond hearing, at which a neutral immigration judge shall determine whether detention is warranted pending the resolution of his removal proceedings; and

5. Pending the ordered bond hearing, the Government cannot remove, transfer, or otherwise facilitate the removal of Mr. Olimov from the Middle District of Pennsylvania or the Eastern District of Pennsylvania before the ordered bond hearing for any purpose other than facilitating his return home. If the immigration judge determines that Mr. Olimov is subject to detention under 8 U.S.C. § 1226(a), then the Government may request permission from me to move Mr. Olimov if unforeseen or emergency circumstances arise that require him to be removed from the District. Any such request must include an explanation for the request as well as a proposed destination. I will then determine whether to grant the request and permit transfer of Mr. Olimov.

The Clerk Of Court shall mark this case closed.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
JOSHUA D. WOLSON, J.

2